# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Winfried R.E. Joergens, et al., | No. CV-19-05566-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Nissan North America Incorporated, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. 19) and good cause appearing,

**IT IS ORDERED** dismissing Plaintiffs' claims against Defendants, with prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated this 19th day of March, 2020.

_____
G. Murray Snow
Chief United States District Judge